IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHRN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : INDICTMENT NUMBER |
| V. | :  1:23-CR-280-JPB-JSA |
| | : |
| | : |
| FELISHA BROWN JACKSON, | : |
| DEFENDANT. | : |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, undersigned counsel, representing Defendant, Felisha Brown Jackson, and moves this Court to allow her to withdraw as counsel of record. In support thereof, counsel shows the following:

1. Counsel was appointed by the Court to represent Ms. Jackson on February 2, 2025.

2. Today, Ms. Jackson, contacted counsel and stated she no longer wants her to represent her in this matter and specifically asked her to file this Motion to Withdraw.

3. Ms. Jackson made it clear to counsel that she does not wish to proceed with her as her counsel.

4. This breakdown of the attorney-client relationship would not allow the attorney-client relationship to continue.

1

5. Appointment of new counsel will not unduly delay proceedings in this case, be unfairly prejudicial to the parties, or otherwise be against the interests of justice.

WHEREFORE, counsel requests this Honorable Court to allow her to withdraw from her representation and that new counsel be appointed.

Respectfully submitted this 10th day of November 2025.

_s/Teri L. Thompson_
Teri L. Thompson
TERI THOMPSON, LLC
2330 Scenic Highway
Snellville, Georgia 30078
Telephone: (770) 674-2890
Email: info@terithompsonllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this day served a true and correct copy of the within and foregoing pleading upon opposing counsel by electronically filing with the Clerk of Court's ECF system and addressed as follows:

Mr. Dwayne A. Brown, Esq.
Assistant United States Attorney
75 Spring Street, SW
Atlanta, GA 30303
Dwayne.Brown@usdoj.gov

Mr. John T. DeGenova, Esq.
Assistant United States Attorney
75 Spring Street, SW
Atlanta, GA 30303
John.Degenova@usdoj.gov

Respectfully submitted this 10th day of November 2025.

_s/Teri L. Thompson_
Teri L. Thompson
TERI THOMPSON, LLC
2330 Scenic Highway
Snellville, Georgia 30078
Telephone: (770) 674-2890
Email: info@terithompsonllc.com